IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY C. HAYES,

    Plaintiff,                        No. CIV S-09-2201 EFB P

    vs.

RODERICK STEWART, et al.,

    Defendants.                  <u>ORDER</u>

_____/

    Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

    For the reasons explained below, the court finds that plaintiff has not demonstrated he is eligible to proceed *in forma pauperis*. A prisoner may not proceed *in forma pauperis*,

> if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

1

1  28 U.S.C. § 1915(g).  This court's records demonstrate that on at least three prior occasions,
2  plaintiff brought actions while incarcerated that were dismissed as frivolous, malicious, or for
3  failure to state a claim upon which relief may be granted.[1]  *See* Order filed November 3, 2005, in
4  *Hayes v. Hickman*, Civ. S-05-0147 MCE GGH P (E.D. Cal.); Order filed September 15, 2008 in
5  *Hayes v. Felker*, Civ. S-07-0721 FCD GGH P (E.D. Cal.); Order filed December 11, 2008 in
6  *Mitchell v. San Diego County Superior Court*, Civ. S-08-2586 LRS (E.D. Cal.).  Plaintiff has not
7  alleged facts suggesting that he is under imminent danger of serious physical injury.  *See* 28
8  U.S.C. § 1915(g).  "[I]t is the circumstances at the time of the filing of the complaint that matters
9  for purposes of the "'imminent danger'" exception to § 1915(g).  *Andrews v. Cervantes*, 493
10 F.3d 1047, 1053 (9th Cir. Cal. 2007).  Therefore, the court will deny plaintiff's request for leave
11 to proceed *in forma pauperis* and direct plaintiff to pay the filing fee for this action.
12        Accordingly, it is hereby ORDERED that:
13        1.  Plaintiff's August 10, 2009 application to proceed *in forma pauperis* is denied; and
14        2.  Plaintiff shall pay the $350 filing fee within 30 days.  *See* 28 U.S.C. § 1914(a).
15 Failure to comply with this order will result in dismissal.
16 Dated: February 4, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] A court may take judicial notice of court records.  *See MGIC Indem. Co. v. Weisman*, 803 F.2d 500, 505 (9th Cir. 1986); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).

2