IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY C. HAYES,

      Plaintiff,                     No. CIV S-09-2201 EFB P

      vs.

RODERICK STEWART, et al.,

      Defendants.           <u>ORDER</u>

                             /

Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. This case is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

By order filed February 4, 2010, the court informed plaintiff that on at least three prior occasions, he brought actions while incarcerated that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Dckt. No. 5. Pursuant to 28 U.S.C. § 1915(g), the court denied plaintiff's request for leave to proceed *in forma pauperis* and directed plaintiff to pay the filing fee for this action within 30 days *Id.* The thirty day period has now expired, and plaintiff has not paid the filing fee.[1]

---

[1] On February 16, 2010, plaintiff responded to the court's order with a request for a modified order regarding payment of the filing fees. Dkct. No. 6. That request essentially

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's February 16, 2010 motion is
2 denied and this action is dismissed without prejudice.
3 Dated: March 23, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

requests leave to proceed *in forma pauperis*. *Id.* For the reasons stated in the February 4, 2010 order, plaintiff's motion is denied pursuant to 28 U.S.C. § 1915(g). *See* Dckt. No. 5.