1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HENRY C. HAYES,

11            Plaintiff,                    No. CIV S-09-2201 EFB P

12       vs.

13   RODERICK STEWART, et al.,

14            Defendants.                   <u>ORDER</u>

15   _____/

16        Plaintiff is a prisoner without counsel.   This case is before the undersigned pursuant to

17   plaintiff's consent.  *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).  On

18   March 24, 2010, the court dismissed this action because he was barred from proceeding in forma

19   pauperis pursuant to 28 U.S.C. § 1915A and had failed to pay the filing fee for this action as

20   directed by the court.  Dckt. No. 7.  Judgment was entered accordingly.  Dckt. No. 8.  On May

21   11, 2011, plaintiff submitted a motion for relief from judgment based on excusable neglect.

22   Dckt. No. 9.

23        Rule 60(b) of the Federal Rules of Civil Procedure provides as follows:

24        On motion and just terms, the court may relieve a party or its legal representative
          from a final judgment, order, or proceeding for the following reasons: (1) mistake,

25        inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that,
          with reasonable diligence, could not have been discovered in time to move for a

26        new trial under rule 59(b); (3) fraud (whether previously called intrinsic or

1

1  extrinsic), misrepresentation, or misconduct by an opposing party; (4) the
   judgment is void; (5) the judgment has been satisfied, released or discharged; it is
2  based on an earlier judgment that has been reversed or vacated; or applying it
   prospectively is no longer equitable; or (6) any other reason that justifies relief.
3

4  Plaintiff does not demonstrate he is entitled to relief from judgment.

5       Accordingly, IT IS HEREBY ORDERED that plaintiff's May 11, 2011  motion for relief

6  from judgment, is denied.

7  Dated:  May 24, 2011.

8                              EDMUND F. BRENNAN
                               UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26